United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

TRACTION CORPORATION,

      Plaintiff,

      v.

ADTHEORENT, INC.,

      Defendant.

Case No.  14-CV-01801-LHK

**CASE MANAGEMENT ORDER**

Plaintiff's Attorney: Kenneth A. Murray, Jr.
Defendant's Attorney: Mark R. Leonard

An initial case management conference was held on December 3, 2014.  A further case management conference was set for February 18, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by February 11, 2015.

The parties shall conclude their direct negotiations and file a joint settlement status report no later than December 22, 2014.

The Court set the following case schedule:

DEADLINE TO COMPLETE PRIVATE MEDIATION is February 12, 2015.

FACT DISCOVERY CUTOFF is June 18, 2015.

EXPERT DISCOVERY:
      Opening Reports: July 16, 2015
      Rebuttal Reports: August 13, 2015

1

Cutoff: September 10, 2015

DISPOSITIVE MOTIONS:

Opening Briefs: October 15, 2015
Opposition Briefs: To be determined by the parties
Reply Briefs: November 30, 2015
Hearing: December 17, 2015, at 1:30 p.m.

Each side may file only one dispositive motion in the entire case.

PRETRIAL CONFERENCE DATE is February 11, 2016, at 1:30 p.m.

JURY TRIAL DATE is February 26, 2016, at 9 a.m. in courtroom 8, 4th floor.

TRIAL LENGTH is estimated to be 6 days.

**IT IS SO ORDERED**.

Dated: December 3, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 14-CV-01801-LHK
CASE MANAGEMENT ORDER