Kenneth A. Murray, Jr. (CSB # 194785)
Murray Tech Law
132 E Street, Suite 310
Davis, California 95616
Email: ken@murraytechlaw.com
Telephone: 530.564.4337

Attorney for Plaintiff/Counter-Defendant
Traction Corporation

MARK R. LEONARD (State Bar No. 219186)
DAVIS & LEONARD, LLP
8880 Cal Center Drive, Suite 180
Sacramento, California 95826
Telephone: (916) 362-9000
Fax: (916) 362-9066
E-mail: mleonard@davisandleonard.com

Attorneys for Defendant/Counterclaimant
AdTheorent, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| TRACTION CORPORATION a California corporation,<br><br>       Plaintiff,<br><br>v.<br><br>ADTHEORENT, INC., a Delaware Corporation,<br><br>       Defendant<br><br>ADTHEORENT, INC., a Delaware Corporation,<br><br>       Counterclaimant,<br><br>v.<br><br>TRACTION CORPORATION a California corporation,<br><br>       Counter-Defendant | Case Number: 5:14-cv-01801-LHK<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |
|---|---|

*Form updated August 2014*

1
2      Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Traction Corporation
3  hereby dismisses its claims in the above-captioned action with prejudice and Defendant
   AdTheorent, Inc. dismisses its counterclaim with prejudice.
4
        The parties hereby agree that this case has been settled and that all issues and
5  controversies have been resolved to their mutual satisfaction. The parties request the Court to
6  retain jurisdiction through March 1, 2016 to enforce the terms of their settlement agreement
7  entered into on December 23, 2014.
8  The Clerk shall close the case file.

| | |
|---|---|
| Dated: December 23, 2014 | MURRAY TECH LAW |
| | /s/ Kenneth A. Murray, Jr. |
| | Kenneth A. Murray, Jr., Esq. |
| | Counsel for Plaintiff/Counter-Defendant TRACTION CORPORATION |
| Dated: December 23, 2014 | DAVIS AND LEONARD LLP |
| | /s/ Mark R. Leonard |
| | Mark R. Leonard |
| | Counsel for Defendant/Counterclaimaint ADTHEORENT, INC. |
| Dated: January 6, 2015 | |



IT IS SO ORDERED AS MODIFIED

Judge Lucy H. Koh

*Form updated August 2014*